■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE BELL ASH, Also Known as WILLIE BELL JAMES, Appellant. — Judgment of the County Court, Rockland County (Edelstein, J.), rendered October 15, 1981, affirmed. No opinion. This case is remitted to the County Court, Rockland County, for further proceedings pursuant to CPL 460.50 (subd 5). Mangano, J. P., O'Connor, Brown and Boyers, JJ., concur.